IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JAMIE LEE DANIELS,  : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | No. 3:11-CV-168 (CAR) |
| LT GUTHRIE, et al., : | |
| : | |
| Defendants. : | |
| _____ : | |

### ORDER ON MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation to Dismiss [Doc. 16] the instant action for Plaintiff Jamie Lee Daniels' failure to keep the Court apprised of his current address and failure to prosecute this action, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff has not filed an objection to the Recommendation.[1] Having considered the Recommendation, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation [Doc. 16] of the United States Magistrate Judge is therefore

---

[1] The Court notes that several of the Court's mailings have been returned as undeliverable, including the Court's Order to show cause for failure to prosecute and the instant Recommendation.

1

**ADOPTED** and **MADE THE ORDER OF THE COURT**.  The above-styled action is HEREBY **DISMISSED with prejudice**.

**SO ORDERED,** this 14th day of March, 2012.

S/  C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH